UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERSEY ARCHITECTURAL DOOR & SUPPLY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> AEROPLATE CORP., and RONALD D. PATTERSON, <br><br> Defendants. | CASE NO.: 1:13-mc-00038-EPG <br><br> ORDER REGARDING APPLICATION FOR EXAMINATION OF JUDGMENT DEBTOR AND NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR <br><br> (ECF Nos. 34, 35) |

This judgment enforcement proceeding was initiated by Plaintiff, Jersey Architectural Door & Supply, Inc., on July 29, 2013, with the registering of a foreign judgment obtained by Plaintiff against Defendants, Aeroplate Corp. and Ronald Patterson, in the U.S. District Court for the Eastern District of Philadelphia. (ECF No. 1.)

On August 20, 2019, Plaintiff filed an application seeking an order requiring William F. Williams to appear for a judgment debtor examination. (ECF No. 34.) The following day, on August 21, 2019, Plaintiff filed a Notice to Compel Attendance of Agent/PMK of Judgment Debtor, William F. Williams. (ECF No. 35.)

Neither the application nor the notice provide information sufficient for the Court to determine Mr. Williams' relationship to judgment debtor Aeroplate Corp. and whether Mr. Williams is subject to a debtor examination on behalf of debtor Aeroplate Corp. *See* Cal. Civ.

1

Proc. Code § 708.150 (setting out requirements for order for examination in case of corporation*); Imperial Bank v. Pim Elec., Inc.*, 33 Cal.App.4th 540, 546–47 39 Cal.Rptr.2d 432 (1995) (California's judgment debtor proceedings "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment" (citations omitted)). The application states that Mr. Williams is an "agent/officer/PMK of Judgment Debtor." However, a California Secretary of State Business Entity search indicates that Mr. Williams is not, and has not been since at least 2013, an officer of judgment debtor Aeroplate Corp. *See* https://businesssearch.sos.ca.gov/?Filing=False. The Court will therefore deny without prejudice the application for order to appear for examination as to William F. Williams and will strike the notice to compel attendance of William F. Williams at a debtor examination.

IT IS ORDERED that the application for order to appear for examination as to William F. Williams (ECF No. 34) is DENIED without prejudice, and that the notice to compel attendance of William F. Williams at a debtor examination (ECF No. 35) is STRICKEN.

IT IS SO ORDERED.

Dated: __**August 27, 2019**__         /s/ Erica P. Grosjean
                                       UNITED STATES MAGISTRATE JUDGE