|  |  |  | AT-138/EJ-125 |
|---|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY:<br>NAME: Jan A. Gruen<br>FIRM NAME: Horner Law Group, PC<br>STREET ADDRESS: 800 S. Broadway, Ste. 200<br>CITY: Walnut Creek  STATE: CA  ZIP CODE: 94596<br>TELEPHONE NO.: (925) 943-6570  FAX NO.: (925) 943-6888<br>E-MAIL ADDRESS: jgruen@hornerlawgroup.com<br>ATTORNEY FOR (name): Jersey Architectural Door & Supply, Inc., Plaintiff | STATE BAR NO.: 129842 | | FOR COURT USE ONLY<br><br>FILED<br>AUG 2 8 2019<br>CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA<br>BY _____<br>DEPUTY CLERK |

U.S. DISTRICT COURT OF CALIFORNIA, EASTERN DISTRICT OF CALIFORNIA
STREET ADDRESS: 2500 Tulare Street
MAILING ADDRESS:
CITY AND ZIP CODE: Fresno, CA 93721
BRANCH NAME: Eastern District of California, Fresno Division

PLAINTIFF: Jersey Architectural Door & Supply, Inc.
DEFENDANT: Ronald D. Patterson, an Individual, AEROPLATE CORP.

| APPLICATION AND ORDER FOR APPEARANCE AND EXAMINATION<br>[X] ENFORCEMENT OF JUDGMENT  [ ] ATTACHMENT (Third Person)<br>[X] Judgment Debtor  [ ] Third Person | CASE NUMBER:<br>1:13-mc-00038-GSA |
|---|---|

### ORDER TO APPEAR FOR EXAMINATION

1. TO (name): AEROPLATE CORP.
2. YOU ARE ORDERED TO APPEAR personally before this court, or before a referee appointed by the court, to
   a. [X] furnish information to aid in enforcement of a money judgment against you.
   b. [ ] answer concerning property of the judgment debtor in your possession or control or concerning a debt you owe the judgment debtor.
   c. [ ] answer concerning property of the defendant in your possession or control or concerning a debt you owe the defendant that is subject to attachment.

Date: September 27, 2019  Time: 10:00 a.m.  Dept. or Div.:  Rm.: 10
Address of court [X] is shown above [ ] is:

3. This order may be served by a sheriff, marshal, registered process server, or the following specially appointed person (name):

Date: 8/28/19  _____ JUDGE

This order must be served not less than 10 days before the date set for the examination.
**IMPORTANT NOTICES ON REVERSE**

### APPLICATION FOR ORDER TO APPEAR FOR EXAMINATION

4. [X] Original judgment creditor  [ ] Assignee of record  [ ] Plaintiff who has a right to attach order
   applies for an order requiring (name): Aeroplate Corporation
   to appear and furnish information to aid in enforcement of the money judgment or to answer concerning property or debt.

5. The person to be examined is
   a. [X] the judgment debtor.
   b. [ ] a third person (1) who has possession or control of property belonging to the judgment debtor or the defendant or (2) who owes the judgment debtor or the defendant more than $250. An affidavit supporting this application under Code of Civil Procedure section 491.110 or 708.120 is attached.

6. The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.
7. [ ] This court is not the court in which the money judgment is entered or (attachment only) the court that issued the writ of attachment. An affidavit supporting an application under Code of Civil Procedure section 491.150 or 708.160 is attached.
8. [ ] The judgment debtor has been examined within the past 120 days. An affidavit showing good cause for another examination is attached.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
Date: 8-20-19

Jan A. Gruen
(TYPE OR PRINT NAME)  ▶ _____ (SIGNATURE OF DECLARANT)

(Continued on reverse)
Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
AT-138/EJ-125 [Rev. January 1, 2017]

APPLICATION AND ORDER FOR
APPEARANCE AND EXAMINATION
(Attachment—Enforcement of Judgment)

Code of Civil Procedure,
§§ 491.110, 708.110, 708.120, 708.170
www.courts.ca.gov

LexisNexis® Automated California Judicial Council Forms

```
 1  Jan A. Gruen, Esq., State Bar No. 129842
    HORNER LAW GROUP, PC
 2  800 S. Broadway, Suite 200
    Walnut Creek, California 94596
 3  Telephone: (925) 943-6570
    Facsimile: (925) 943-6888
 4
    Attorneys for Plaintiff Jersey Architectural Door & Supply, Inc.
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JERSEY ARCHITECTURAL DOOR &        No.: 1:13-mc-00038-GSA
    SUPPLY, INC.,
11                                     NOTICE TO COMPEL ATTENDANCE OF
             Plaintiff,                JUDGMENT DEBTOR AEROPLATE
12                                     BEFORE THE COURT AND
         vs.                           PRODUCE/BRING BOOKS, DOCUMENTS,
13                                     OR OTHER THINGS
    RONALD D. PATTERSON, an individual;
14  AEROPLATE CORP.                    Date: September 27, 2019
                                       Time: 10:00 a.m.
15  ,                                  Courtroom 10

16           Defendants.
                                     /
17       To Judgment Debtor AEROPLATE CORP., and its members, officers, directors and
18  employees:
19       NOTICE IS HEREBY GIVEN that AEROPLATE CORP. (hereinafter "Judgment
20  Debtor") is ordered to attend before the UNITED STATES DISTRICT COURT, FOR THE
21  EASTERN DISTRICT OF CALIFORNIA, located at 2500 Tulare St., Courtroom 10, Fresno,
22  CA 93721, at 10:00 a.m. on September 27, 2019 (hereinafter "Hearing"), pursuant to the Order to
23  Appear for Examination served herewith to furnish information to aid in enforcement of a money
24  judgment against Judgment Debtor.
25  ///
26  ///
27  ///
28  ///
```

-1-

HORNER LAW GROUP
800 S. Broadway, Suite 200
Walnut Creek, California 94596

NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR AEROPLATECORP. BEFORE
THE COURT AND BRINGING OF BOOKS, DOCUMENTS,
OR OTHER THINGS

Judgment Debtor is hereby notified that pursuant to Federal Rule of Civil Procedure 69 and California Code of Civil Procedure Section 1987(c) and 708.110, Judgment Debtor shall bring the following to the Hearing:

1. Judgment Debtor's income for the past six (6) years;

2. Any and all bank account statements and records in Judgment Debtor's name for the past six (6) years up to the current date, whether such accounts are held jointly or individually or in a trust;

3. Any and all current checkbooks and bank account books for accounts in Judgment Debtor's name;

4. Any and all cancelled checks from all bank accounts in Judgment Debtor's name for the past six (6) years, whether such accounts are held jointly, individually or in trust;

5. Any and all of Judgment Debtor's tax returns from the past six (6) years, whether filed individually or jointly;

6. Any and all document from the past six (6) years reflecting any businesses, companies, LLC's, corporations, partnerships, joint ventures, or other business entities in which Judgment Debtor has an ownership interest, in whole or in part, or in which Judgment Debtor or is a member, shareholder, officer, director and/or employee;

7. Any and all documents from the past six (6) years reflecting any leasehold interest of Judgment Debtor in real property, as Landlord or Tenant;

8. Any and all accounting documents, accounting records, and accounting books for the past six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations, partnerships, joint ventures, or other business entities owned in whole or in part by Judgment Debtor or in which Judgment Debtor is a member, shareholder, officer, director and/or employee;

9. Any and all documents pertaining to Judgment Debtor's real property interests, whether individual, joint or in trust, including but not limited to documents showing the value, description, and location of any such real property and any income received in connection therewith along with the name address and telephone number of any lessees or tenants;

HORNER LAW GROUP
800 S. Broadway, Suite 200
Walnut Creek, California 94596

NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR AEROPLATECORP. BEFORE THE COURT AND BRINGING OF BOOKS, DOCUMENTS, OR OTHER THINGS

-2-

|   |   |
|---|---|
| 1 | 10. Any and all documents evidencing the names and addresses of any and all other |
| 2 | creditors of the Judgment Debtor, including but not limited to the respective amounts owed by |
| 3 | Judgment Debtor to each creditor; |
| 4 | 11. Any and all documents evidencing the names and addresses of any and all debtors |
| 5 | owing any amount to the Judgment Debtor, including but not limited to the respective amounts |
| 6 | owed by each debtor to Judgment Debtor; |
| 7 | 12. Any and all documents evidencing any liens or encumbrances against real |
| 8 | property in which Judgment Debtor holds any interest individually, jointly, in partnership or in |
| 9 | trust; |
| 10 | 13. Any and all documents evidencing any liens or encumbrances against personal |
| 11 | property which Judgment Debtor holds any interest; |
| 12 | 14. Any and all vehicle title documents in Judgment Debtor's name; |
| 13 | 15. Any and all documents which evidence the transfer of any rights or interests in |
| 14 | any real property owned in whole or in part at any time within the last ten (10) years, by |
| 15 | Judgment Debtor individually, jointly, in partnership or in trust; |
| 16 | 16. Any and all documents pertaining to personal property items and/or assets of |
| 17 | Judgment Debtor valued at over $500.00, including but not limited to the value, description, and |
| 18 | location of any such items and/or assets; |
| 19 | 17. Any and all documents which describe personal property items and/or assets of |
| 20 | Judgment Debtor valued at over $500.00 transferred by Judgment Debtor within the past six (6) |
| 21 | years, including the consideration paid for each such transfer; |
| 22 | 18. Any and all documents relating to any lawsuits filed against Judgment Debtor; |
| 23 | 19. Any and all documents relating to any lawsuits filed by Judgment Debtor; |
| 24 | 20. Any and all documents relating to any judgments obtained against Judgment |
| 25 | Debtor; |
| 26 | 21. Any and all documents relating to any judgments obtained in favor of Judgment |
| 27 | Debtor; |
| 28 | 22. Any and all documents relating to the officers and directors of Judgment Debtor; |

HORNER LAW GROUP
800 S. Broadway, Suite 200
Walnut Creek, California 94596

NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR AEROPLATECORP. BEFORE THE COURT AND BRINGING OF BOOKS, DOCUMENTS, OR OTHER THINGS

1    23.    Any and all documents relating to real property, bank accounts, ownership interest
2  in Judgment Debtor or any other company in which Judgment Debtor has an ownership interest,
3  leasehold interests, accounting documents, accounting records, and accounting books for the past
4  six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations,
5  partnerships, joint ventures, or other business entities owned in whole or in part by John D. Craig
6  or in which John D. Craig is a member, shareholder, officer, director and/or employee;

7    24.    Any and all documents relating to real property, bank accounts, ownership interest
8  in Judgment Debtor or any other company in which Judgment Debtor has an ownership interest,
9  leasehold interests, accounting documents, accounting records, and accounting books for the past
10 six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations,
11 partnerships, joint ventures, or other business entities owned in whole or in part by John D. Craig
12 or in which John D. Craig is a member, shareholder, officer, director and/or employee;

13   25.    Any and all documents relating to real property, bank accounts, ownership interest
14 in Judgment Debtor or any other company in which Judgment Debtor has an ownership interest,
15 leasehold interests, accounting documents, accounting records, and accounting books for the past
16 six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations,
17 partnerships, joint ventures, or other business entities owned in whole or in part by William
18 Frederick "Bill" Williams or in which William Frederick "Bill" Williams is a member,
19 shareholder, officer, director and/or employee

20   26.    Any and all documents relating to real property, bank accounts, ownership interest
21 in Judgment Debtor or any other company in which Judgment Debtor has an ownership interest,
22 leasehold interests, accounting documents, accounting records, and accounting books for the past
23 six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations,
24 partnerships, joint ventures, or other business entities owned in whole or in part by Denis Gibbs
25 or in which Denis Gibs is a member, shareholder, officer, director and/or employee and

26   27.    Any and all documents relating to real property, bank accounts, ownership interest
27 in Judgment Debtor or any other company in which Judgment Debtor has an ownership interest,
28 leasehold interests, accounting documents, accounting records, and accounting books for the past

-4-

HORNER LAW GROUP
800 S. Broadway, Suite 200
Walnut Creek, California 94596

NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR AEROPLATECORP. BEFORE
THE COURT AND BRINGING OF BOOKS, DOCUMENTS,
OR OTHER THINGS

six (6) years, whether personal accounting or accounting for any companies, LLC's, corporations, partnerships, joint ventures, or other business entities owned in whole or in part by any member, shareholder, officer, director and/or employee of Judgment Debtor.

In the event of noncompliance with this notice, the parties shall have such rights, and the court may make such orders, including imposition of sanctions, as in the case of a subpoena for attendance before the court.

Date: August 20, 2019                **HORNER LAW GROUP, PC**

By: _____
Jan A. Gruen
Attorneys for Plaintiff,
Jersey Architectural Door & Supply, Inc.

-5-

HORNER LAW GROUP
800 S. Broadway, Suite 200
Walnut Creek, California 94596

NOTICE TO COMPEL ATTENDANCE OF JUDGMENT DEBTOR AEROPLATECORP. BEFORE THE COURT AND BRINGING OF BOOKS, DOCUMENTS, OR OTHER THINGS