# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERSEY ARCHITECTURAL DOOR & SUPPLY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>AEROPLATE CORP., et al.,<br><br>Defendants. | Case No. 1:13-mc-00038-DAD-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 59) |

On March 17, 2020, Plaintiff, Jersey Architectural Door & Supply, Inc., filed a notice of voluntary dismissal of entire action with prejudice. (ECF No. 59.) Defendants have not filed either an answer or a motion for summary judgment. Accordingly, in light of the notice, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated: **March 18, 2020**    /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1